**ORIGINAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Darryl Williams ---------------X
[Your Name],

Plaintiff,

- against - Possessions Court Eastern District of New York

[Insert Names],

Defendants.
-------------------------------------------------X

**CV 12 - 2956**

**COMPLAINT**

**MAUSKOPF, J.**

**Jury Trial Demanded**

**MANN, M.J.**

I. Parties:

Plaintiff Darryl Williams resides at 583 Park Ave Blkyn NY. 11206

Defendant Eastern District Court, resides at 225 Cadman Plza.

Defendant Supreme Court Possessions Court, resides at 225 Cadman Plza.

II. The jurisdiction of the Court is invoked pursuant to Finding Patent.

III. Statement of Claim. [give a clear and concise statement of facts: where the claim arose, the date of each relevant event, a description of what occurred and how each defendant named was involved in the claim] The Eastern District Court reserved the right to withold my patent in the courts custody 1968 - In the Supreme court possessions court which was the Eastern District court, then I seen a Judge and he demanded custody of the patent papers.

IV. Remedy. State what relief, such as money damages, you seek from each defendant.

For lost of patent company insurance reimbursement, patent authenticity authority to company, authorization of patent

6/9/12 D.W.
Date

Darryl Williams
Sign Your Name

347 224-3829
Telephone Number

**RECEIVED JUN 11 2012 PRO SE OFFICE**

I think my memory comes back in spurts. That little vehicle picture is Access-a-ride transportation,and the carrier name is mvt,I first abbreviated it ambulatory invention travel,but couldn't use that,but then changed it to( mobility invention travel). This was patented. The patent read Darryl L Williams founder of this invention. Now this says I'm the inventor by it's name so How would you go about finding this patent?



Hi, **Darryl**   Sign Out   Options   Help

**concepts**   Draft auto-saved at 1:03 PM

TO: Mitch@mvt.com
CC: PATENT | SEARCH
BCC: darwilliams47@yahoo.com    Hide BCC
SUBJECT: concepts

Serif 1   10   Attachments | Emoticons | Format

As you can see,this is an issue I have to bring up.This writing letter is the patent itself of that company,It says( invention and company).The patents office exhausted their search for the patent with my name on it,but there was only one patent issued for the invention,which the court-supeoned to the courts(Supreme Court)back then.I'm going to retry the case in federal court again,this time with this new information.It would probably take tens of thousands of dollars to get the patent back,Which I would have to use thwe company's money for. Maybe you need some time to investigate this,or look into it,but Epps father started working there first,for about three years,then Epps started working there since,he was about twenty-three years old then.But I need to pursue the patent itself.It should be in my possession.If you know anything about the company,you would know that this the name,that stared the company.So if you come to a compliance with this,I would need a salary,a place to stay etc. Can you address this issue?
Williams

Inbox 7
Conversations
Drafts 10
Sent
Spam 34
Trash

Folders +

Online Contacts
Vernetta Ierwill

Facebook Friends

You are signed out of Facebook Chat. Click the to sign in.

Applications

View your 2012 Credit Score Now

Upgrade to Safer IE8

Search [Search Mail]

Go Mobile   My Y!   Yahoo!

Switch to Plain Text

ACCESS A FILE NVC

mobility

firstname / lastname / mobility / travel on sciences

94 unread - dan williams 47 y/o also (same as) mail with archive single file

1st name - Ambulatory invention abbreviated - changed to Travel mobility invention travel



← An Air Powered Railroad Bus

# Bus I

By David Greenlees | Published September 14, 2011 | Full size is 1000 × 770 pixels

this small vehicle; there was (only one patent) issued for it. The U.S. Patent Office exhausted their search under my name and under the name Williams (that only patent) is in the court. That's the only one of its kind.

Murry Williams



Dec. 4, 1973              D. L. WILLIAMS                3,776,819
UREA DETERMINATION AND ELECTRODE THEREFOR
Filed Dec. 22, 1969



INVENTOR
DAVID L. WILLIAMS
BY *Joseph D. Kennedy*
ATTORNEY

# United States Patent [19]
## Alexander et al.

[11] **3,778,021**
[45] Dec. 11, 1973

[54] POWER SYSTEMS FOR VALVE SYSTEMS

[76] Inventors: Joe K. Alexander; Donald D. Williams, both of Box 92, Friendswood, Tex. 77546

[22] Filed: Feb. 19, 1971

[21] Appl. No.: 117,100

**Related U.S. Application Data**

[63] Continuation of Ser. No. 84,255, July 17, 1969, abandoned.

[52] U.S. Cl. .................... 251/11, 236/68 A, 60/25
[51] Int. Cl. ....... G05d 7/06, F03g 7/06, F16k 31/02
[58] Field of Search ........................... 251/11; 60/25; 236/68 A

[56] **References Cited**
**UNITED STATES PATENTS**

| | | | |
|---|---|---|---|
| 2,833,507 | 5/1958 | Dube et al. | 251/11 |
| 3,132,472 | 5/1964 | Schweitzer | 60/25 X |
| 1,983,314 | 12/1934 | Schultz | 60/25 |
| 2,086,819 | 7/1937 | Persons | 60/25 |
| 1,312,040 | 8/1919 | Mercier | 251/11 X |
| 2,833,507 | 5/1958 | Dube et al. | 251/11 |
| 3,132,472 | 5/1964 | Schweitzer | 60/25 X |

*Primary Examiner*—Arnold Rosenthal
*Attorney*—Pravel, Wilson and Matthews

[57] **ABSTRACT**

A closed, self-sustaining power system for the operation of valves includes a first means for storing and containing an expandable system which means communicates with a responsive means of a valve system to enable the valve system to be opened, closed or controlled. A controlled energy means transmits energy to the expandable medium to thereby cause an increase in pressure in the responsive means of the valve system which enables the valve system to respond as desired. After actuation of the responsive means of the valve system, the means for storing is enabled to communicate with a reservoir means which thereby increases the area of the closed system to reduce the pressure in the closed system sufficiently to terminate actuation of the responsive means of the valve system.

**8 Claims, 1 Drawing Figure**





Fig. 1

Fig. 2



Fig. 3

INVENTORS
MELVIN A. WILLIAMS
JOHN D. WILLIAMS
BY Knox & Knox

# United States Patent
Williams et al.

[15] 3,658,201
[45] Apr. 25, 1972

[54] **ARTICLE CARRIER APPARATUS FOR VEHICLES**

[72] Inventors: George L. Williams, 808 South Quitman, Denver, 80219; Glen L. Brooks, 4201 South Bannock, Englewood, 80110; Earl M. Eaton, 2840 West Park Place, Denver all of Colo. 80219

[22] Filed: June 25, 1970

[21] Appl. No.: 49,750

[52] U.S. Cl............................214/454, 214/450, 224/42.13, 224/42.21, 224/42.44
[51] Int. Cl............................................B62d 43/00
[58] Field of Search....................214/451, 452, 453, 454; 224/42.21, 42.06, 42.08, 42.12, 42.13, 42.24, 42.14, 42.43

[56] **References Cited**

UNITED STATES PATENTS

| | | | |
|---|---|---|---|
| 1,693,922 | 12/1928 | Herd | 224/42.13 |
| 2,556,101 | 6/1951 | Negin et al. | 224/42.13 X |
| 1,809,119 | 6/1931 | Haffke | 224/42.21 X |
| 3,362,597 | 1/1968 | Beach | 214/454 X |
| 1,008,680 | 11/1911 | Temple | 224/42.14 |
| 1,624,493 | 4/1927 | Malm | 224/42.13 |

FOREIGN PATENTS OR APPLICATIONS

557,139  10/1922  France......................224/42.08

*Primary Examiner*—Gerald M. Forlenza
*Assistant Examiner*—Jerold M. Forsberg
*Attorney*—Reilly and Lewis

[57] **ABSTRACT**

An article carrier for vehicles includes a support frame having a pivotal attachment member arranged to attach to the vehicle frame so as to permit the carrier to be pivoted to an out-of-the-way position without removing the carrier from the vehicle. A wheel mount is located centrally of the frame and a pair of article supports extend laterally from opposite sides of the wheel mount. A pair of laterally spaced vehicle attachment members are provided at opposite sides of the article supports which are arranged to releasably fasten to existing vehicle tailgate structure. The article supports are disposed inwardly of a mounted wheel and tire on the wheel mount which overlaps the article supports to shield them against damage in a possible rear-end collision. The article supports are arranged to receive conventional gasoline cans and are provided with a releasable hold-down member to firmly secure the cans in place and the wheel mount is also hollow and has a movable closure wall to carry tools and the like.

**16 Claims, 7 Drawing Figures**



# United States Patent [19]
Williams

[11] 3,747,062
[45] July 17, 1973

[54] **DIRECTION INDICATING SYSTEMS FOR ROAD VEHICLES**

[75] Inventor: David Gordon Williams, Birmingham, England

[73] Assignee: Joseph Lucas (Industries) Limited, Birmingham, England

[22] Filed: Jan. 12, 1972

[21] Appl. No.: 217,176

[30] Foreign Application Priority Data
Jan. 13, 1971   Great Britain................. 1,590/71

[52] U.S. Cl............................ 340/81 F, 340/251
[51] Int. Cl............................................. B60q 1/38
[58] Field of Search................... 340/79, 80, 81 R, 340/81 F, 251

[56] **References Cited**
UNITED STATES PATENTS
| | | | |
|---|---|---|---|
| 3,263,119 | 7/1966 | Scholl | 340/81 R X |
| 3,329,868 | 7/1967 | Domann et al. | 340/81 R UX |
| 3,593,264 | 7/1971 | Atkins | 340/251 X |
| 3,604,949 | 9/1971 | Conzelmann et al. | 340/80 X |
| 3,576,444 | 4/1971 | Roberts | 340/81 F X |
| 3,665,207 | 5/1972 | Sieber | 340/81 R X |

Primary Examiner—John W. Caldwell
Assistant Examiner—Kenneth N. Leimer
Attorney—John C. Holman et al.

[57]      **ABSTRACT**

A direction indicating system for a road vehicle has a direction indicator switch operating in the usual manner, but having a resistor in series with it. Control means is provided operable by the voltage across said resistor for increasing the frequency of operation if a lamp fails.

1 Claim, 1 Drawing Figure



# United States Patent [19]
## Williams

[11] **3,729,930**
[45] May 1, 1973

[54] **GAS TURBINE ENGINE**

[75] Inventor: David Eyre Williams, Brinklow, England

[73] Assignee: Rolls Royce Limited, Derby, England

[22] Filed: June 23, 1970

[21] Appl. No.: 49,146

[52] U.S. Cl. .................. 60/39.58, 415/116, 415/178, 416/97
[51] Int. Cl. ............................................. F01d 5/08
[58] Field of Search .................. 60/39.58, 39.66; 415/115, 116; 416/90, 90 X, 95, 96, 97

[56] **References Cited**

### UNITED STATES PATENTS

| | | | |
|---|---|---|---|
| 2,647,368 | 8/1953 | Triebbnigg et al. | 416/96 A |
| 2,684,831 | 7/1954 | Grantham | 416/97 |
| 2,981,066 | 4/1961 | Johnson | 415/115 |
| 3,527,543 | 9/1970 | Howald | 416/96 |

### FOREIGN PATENTS OR APPLICATIONS

| | | | |
|---|---|---|---|
| 215,390 | 2/1958 | Australia | 416/97 |
| 774,425 | 5/1957 | Great Britain | 60/39.58 |

*Primary Examiner*—Henry F. Raduazo
*Attorney*—Cushman, Darby & Cushman

[57] **ABSTRACT**

An industrial gas turbine engine comprises a multi-stage axial compressor, combustion equipment, a multi-stage compressor driving turbine, a power turbine and an exhaust duct, the compressor driving turbine being provided with cooling means to cool the blades of said turbine. The cooling means comprises a flow of steam from the compressor which flows onto the surface of each turbine rotor blade through slots in the rotor rim. The steam also flows over the surface of the turbine rotor between adjacent blades and the space between adjacent blades is filled with a honeycomb material, the cells of which constitute ducts for the flow of steam. The stator vanes of the compressor driving turbine are cooled by steam from a heat exchange means which comprises a supply of pure water to a coil in the exhaust duct and a duct from this coil which is in communication with slots upstream of the nozzle guide vanes, the interiors of the nozzle guide vanes, the slots in the turbine rotor, slots in the engine casing upstream of the stator vanes and the interior of the stator vanes.

**3 Claims, 4 Drawing Figures**



ACESS-A-RIDE